# UNITED STATES BANKRUPTCY COURT
# FOR THE
# WESTERN DISTRICT OF KENTUCKY

IN RE: )
)
JOSE LUIS ORTEGA ) CASE NO. 10-11175
JUDY ORTEGA )
)
Debtor(s) )

## MEMORANDUM-OPINION-ORDER

This matter came before the Court on May 26, 2011 for an evidentiary hearing on the value of real property of Debtors Jose Luis Ortega and Judy Ortega ("Debtors"). The Court considered the testimony of the witnesses and the documentary evidence submitted by the Debtors and Creditor First & Farmers National Bank ("the Bank"). The Court sets forth its findings on valuation below.

1. <u>861 Acres of Real Estate in Cumberland County Known as the "Little Renox" Property</u>.

Debtors purchased this property in 1999 for $225,000. At the Bank's request, the property was put up for auction in 2010. No bids were received. Debtor states that the property was appraised in 2009 for $800,000 to $1 million. The property was put up for auction a second time in January 2011. The Bank was the highest bidder at $345,000. Since that time, the Bank has received one bid for the property priced at $385,000. The Court finds that the bid obtained by the Bank of $385,000 best represents the fair market value of the property. Accordingly, the value of the Little Renox property is set by the Court at $385,000.

2. <u>128 Acres on Riverbend Road in Cumberland County</u>.

The Court determines that the Bank's appraiser, J.W. Grabeel, had the most accurate appraisal of the property. His opinion was unassailable and his detailed appraisal with comparable sales set a fair market value on the property of $450,000. The Court adopts Grabeel's fair market value for this property.

3. <u>30 Acres on the Small Farm on Riverbend Road in Cumberland County</u>.

J.W. Grabeel's appraisal set the value at $117,000 for this property. The Court accepts Grabeel's analysis related to the production rate of bushels of corn per acre set forth in his appraisal. The Court adopts Grabeel's appraisal of the fair market value for the small farm on the Riverbend Road property.

4. <u>House and 2.4 Acres Located at 6135 Salt Lick Road</u>.

J.W. Grabeel's appraisal sets the value of the house and surrounding 2.4 acres at $56,000. Grabeel's appraisal, however, did not take into consideration the interior condition of the house, as Grabeel only viewed the property from the road. The Court determines that based on the comparable sales and the Debtors' testimony regarding the condition of the house, an acceptable value for the property is $50,000.

The Court considered the deposition testimony of Debtors' witness, Eddie Proffitt. Mr. Proffitt is an auctioneer and while the values he placed upon the property are based on his experience as an auctioneer, the Court believes the opinion of the certified appraiser, J.W. Grabeel to be more credible.

The Court being duly advised in the premises,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the fair market value of the real property of Debtors Jose Luis Ortega and Judy Ortega are as set forth in this Memorandum-Opinion-Order.

*Joan A. Lloyd*
Joan A. Lloyd
United States Bankruptcy Judge
Dated: June 2, 2011